NOT DESIGNATED
FOR PUBLICATION

## COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number 2019-CA-1238

Succession of Milton Talmadge Fogg, Sr.

22nd Judicial District Court
Case #: 200230172
St. Tammany Parish

On Application for Rehearing filed on 08/14/2020 by Glynne M. Jones III, Charles Edward Fogg, etal

Rehearing     **DENIED**

_____
J. Michael McDonald

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

Date    **OCT 1 4 2020**

_____
Rodd Naquin, Clerk